### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

MICHAEL HAMLIN,           )
                          )
    Plaintiff,            )
                          )   No. 06-1064
v.                        )
                          )
LUIS TIGERA, et al,       )
                          )
    Defendants.           )

### **O R D E R**

Before the Court is Plaintiff's Motion for Leave to File an Amended Complaint [Doc. 10] and Magistrate Judge Byron Cudmore's Report and Recommendation [Doc. 13].

Judge Cudmore recommended that Defendant's Motion for Leave be denied. The Motion for Leave seeks to add a RICO claim to a failure to promote claim. The RICO claim alleges that two new defendants were part of a RICO conspiracy spanning more than 30 years involving 18 named individuals, including many elected and appointed officials. Judge Cudmore recommended that the Motion be denied because it adds "unrelated causes of action that will require extensive and burdensome discovery." (Doc. 13 at 5-6.)

The parties were notified that any failure to object constitutes a waiver of any objection. See Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999); Video Views Inc. v. Studio 21 Ltd., 797 F.2d 538 (7th Cir. 1986). The parties have

not filed any objections with the ten (10) days allotted by 28 U.S.C. 636(b)(1).

    IT IS THEREFORE ORDERED that the Court ADOPTS the Report and Recommendation of the Magistrate Judge (Doc. 13) and Defendants' Motion to for Leave [Doc. 10] be DENIED.

    ENTERED this __14th__ day of February, 2007.

                                            s/ Joe Billy McDade
                                              Joe Billy McDade
                                      United States District Judge